# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ZACHARIA STEWART,**

    **Petitioner,**

    v.

**WARDEN, NOBLE CORRECTIONAL INSTITUTION,**

    **Respondent.**

**CASE NO. 2:18–CV–702**
**Judge George C. Smith**
**Magistrate Judge Michael R. Merz**

## ORDER

On May 23, 2019, the Magistrate Judge issued a *Report and Recommendation* ("R&R") recommending that the petition for a writ of habeas corpus be dismissed. (ECF No. 9). Although the parties were advised of the right to file objections to the R&R, and of the consequences of failing to do so, no objections have been filed. Therefore, the R&R (ECF No. 9) is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

Pursuant to 28 U.S.C. § 2253(c)(1)(A) and Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, the Court must determine whether to issue a certificate of appealability. Because Petitioner has waived the right to file an appeal by failing to file objections to the R&R, *see Thomas v. Arn*, 474 U.S. 140, 147 (1985); *United States v. Walters*, 638 F. 2d 947, 950 (6th Cir. 1981), the Court **DECLINES** to issue a certificate of appealability. The Court also **CERTIFIES** pursuant to Fed. R. App. P. 24, that an appeal would not be in good faith and that any application to proceed in forma pauperis on appeal would be **DENIED.**

    **IT IS SO ORDERED.**

                                              *s/ George C. Smith*
                                              **GEORGE C. SMITH, JUDGE**
                                              **UNITED STATES DISTRICT COURT**